| | |
|---|---|
| CHRIS ROSFJORD, WSBA #37668<br>ROSFJORD LAW, PLLC<br>6725 22nd Ave NW<br>Seattle, WA 98117<br>(206) 321-4849<br>Email: rosfjordlaw@gmail.com<br>*Attorney for Plaintiff* | THE HONORABLE BENJAMIN SETTLE |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH THOMAS, an individual, and SGJ HOLDINGS, LLC, a Washington limited liability company, on behalf of themselves and all others similarly situated.<br><br>Plaintiff,<br>v.<br><br>BOEING EMPLOYEES CREDIT UNION,<br><br>Defendant. | CASE NO. 3:20-cv-05811-BHS<br><br>[__] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Plaintiffs Josh Thomas and SGJ Holdings, LLC and Defendant Boeing Employee Credit Union's (collectively, the "Parties") Stipulation of Dismissal with Prejudice, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Josh Thomas Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that the Parties shall each bear their own attorneys' fees and costs in this matter.

//

| | |
|---|---|
| [__] Order Granting Stipulation of<br>Dismissal With Prejudice<br>*(Thomas v. Boeing Employees Credit Union)*<br>Page 1 of 2 | ROSFJORD LAW PLLC<br>6725 22nd Ave NW<br>Seattle, WA 98117<br>(206) 321-4849 |

DATED this 17 day of September, 2020

_____
Hon. Benjamin H. Settle
U.S. District Court Judge

Presented by:

ROSFJORD LAW PLLC

/s/Chris Rosfjord
Chris Rosfjord, WSBA #37668
*Attorney for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

/s/Fred Burnside
Fred Burnside, WSBA #32491
*Of Attorneys for Defendant*

[] Order Granting Stipulation of Dismissal With Prejudice
*(Thomas v. Boeing Employees Credit Union)*
Page 2 of 2

ROSFJORD LAW PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849